# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

RICHARD GEORGE SCHMIDT, M.D.    :   No. 65 MM 2016
                                   :

         v.                          :

STEVEN LEE LEBOON AND          :
CASSANDRA LEBOON              :

PETITION OF: CASSANDRA LEBOON    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2016, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, the Application for Relief, the Motion for Extraordinary Relief and Sanctions, and the Renewed and Enlarged Motion for Extraordinary Relief are **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.